IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00051-WDM-BNB

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

    Plaintiff,

v.

TRANSCONTINENTAL TITLE COMPANY,

    Defendant.

## ORDER ON MOTION FOR RECONSIDERATION

Miller, J.

    This case is before me on the Motion for Reconsideration and to Reopen Case (doc no 10) filed by Defendant Transcontinental Title Company. I remanded this case to the District Court, City and County of Denver, Colorado on January 16, 2007 because Defendant had failed to meet its burden of establishing by a preponderance of the evidence that the amount in controversy was sufficient to confer jurisdiction in this Court. Defendant asks that I reconsider the remand order by presenting additional evidence as to the amount in controversy.

    I construe the motion as a request pursuant to Fed. R. Civ. P. 60(b). However, "Rule 60(b) is 'not available to allow a party merely to reargue an issue previously addressed by the court when the reargument merely advances new arguments or supporting facts which were available for presentation at the time of the original argument.'" *FDIC v. United Pacific Ins. Co.*, 152 F.3d 1266, 1272 (10th Cir. 1998)

(quoting *Cashner v. Freedom Stores, Inc.*, 98 F.3d 572, 577 (10th Cir. 1996)).  The information and evidence contained in Defendant's motion was available at the time it filed its notice of removal.  I see no basis to reconsider the order.

Accordingly, it is ordered:

1. The Motion for Reconsideration and to Reopen Case (doc no 10) is denied.

DATED at Denver, Colorado, on February 5, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge